# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 12, 2010

139536

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

JOEL SUPER and MADELEINE SUPER, as
Next Friend of KATERINA SUPER, a Minor,
      Plaintiffs-Appellants,

v

DEPARTMENT OF TRANSPORTATION,
      Defendant-Appellee,

and

MELISSA KAE KANE,
      Defendant.

SC: 139536
COA: 282636
Court of Claims: 07-000085-MZ

_____/

On order of the Chief Justice, a stipulation signed by counsel for the parties agreeing to the dismissal of this application for leave to appeal is considered, and the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 12, 2010

_____
Clerk

y0309